IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES A. FORDJOUR,

    Petitioner,                           No. CIV S-09-1923 GEB GGH P

    vs.

ERIC H. HOLDER, JR., et al.,

    Respondents.                  ORDER

/

          Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Order, filed on July 29, 2009, this court directed a response from petitioner. On the same day that order issued, petitioner's "emergency motion to consolidate" his pending cases, CIV-S-09-1800 JAM EFB, was entered in the docket.[1] Petitioner has subsequently repeated that request. While a determination of whether or not cases should be consolidated rests with the assigned judges in an earlier filed case, this court's review of the prior filed case, CIV-S-09-1800 JAM EFB, indicates that petitioner therein also challenges his indefinite detention as illegal and unconstitutional; thus, petitioner must show cause why the instant petition should not be dismissed as duplicative.

---

[1] The "emergency motion" was deemed filed as of July 28, 2009, but the docket text entry indicates the motion was not entered in the docket until July 29, 2009.

1

Accordingly, IT IS ORDERED that:

1. To the extent that the Order, filed on July 29, 2009 (docket # 8), directed respondent to file a response to the petition within 30 days (and any subsequent traverse by petitioner), it is hereby VACATED without prejudice; and

2. Petitioner must show cause, within ten (10) days, why this petition should not be dismissed as duplicative of Case No. 2:09-cv-1800 JAM EFB; failure to comply with this order will result in dismissal of this action.

DATED: August 21, 2009                                    /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
ford1923.osc