1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHARLES FORDJOUR,

11              Petitioner,                No. CIV S-09-1800 JAM EFB P

12       vs.

13  JANET NAPOLITANO, et al.            <u>ORDER</u>

14              Respondents.

15  _____/

16       Petitioner is currently in the custody of United States Immigration and Customs

17  Enforcement ("ICE").  He seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241,

18  challenging his detention.  By order dated February 2, 2010, this court ordered consolidation of

19  the above-captioned action with petitioner's other habeas petition, Case No. Civ. S-09-2806

20  FCD CMK, and appointed counsel to represent petitioner.  At that time, petitioner had pending

21  four miscellaneous motions filed in pro se in Case No. Civ. S-09-2806 FCD CMK.  Dckt. Nos.

22  58 (demand for jury trial), 59 (motion for an order to show cause why the petition should not be

23  granted), 60 (motion to expedite ruling on Dckt. No. 59), 61 (motion for status on Dckt. No. 59),

24  62 (renewed motion for an order to show cause and request for status).  As petitioner is now

25  represented by counsel, those motions are denied without prejudice to any renewal by counsel.

26  ////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's "Emergency Motion Demand

2   for Jury Trial" filed November 24, 2009 (Dckt. No. 58), "Emergency Motion for Issuance of an

3   Order to Show Cause" filed November 24, 2009 (Dckt. No. 59), "Emergency Motion to

4   Expedite" filed December 7, 2009 (Dckt. No. 60), "Emergency Motion for Status" filed January

5   4, 2010 (Dckt. No. 61), and "Emergency Requests for Status" filed January 15, 2010 (Dckt. No.

6   62) are denied without prejudice.

7   Dated:  June 16, 2010.

8                                 EDMUND F. BRENNAN

9                                 UNITED STATES MAGISTRATE JUDGE