DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CHARLES FORDJOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>            Petitioner,<br><br>     v.<br><br>JANET NAPOLITANO, et al.,<br><br>            Respondents. | No. 2:09-cv-01800-JAM-EFB P<br><br>STIPULATION AND ORDER TO DISMISS PETITION AS MOOT; CONSENT TO JURISDICTION OF U.S. MAGISTRATE JUDGE<br><br>Judge: Hon. Edmund F. Brennan |

Petitioner Charles Fordjour's petition for a writ of habeas corpus in this matter (and in two consolidated cases: nos. 2:09-cv-01923-JAM-EFB and 2:09-cv-02806-JAM-EFB) challenges his detention by the Bureau of Immigration and Customs Enforcement ("BICE").

On August 17, 2010, Mr. Fordjour was released by BICE under an Order of Supervision. See Exhibit A. Mr. Fordjour's challenge to his detention by United States officials is therefore moot.

////

*Fordjour v. Napolitano, et al.*
2:09-cv-01800-JAM-EFB
Stip. & Order                                              1

Pursuant to 28 U.S.C. Section 636(c), the parties consent to the magistrate judge entering a final order dismissing this case.

Dated: August 25, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
CHARLES FORDJOUR


BENJAMIN B. WAGNER
United States Attorney


*/s/ Audrey B. Hemesath*
Audrey B. Hemesath
Assistant United States Attorney
Attorney for the Respondents

---

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the petition be dismissed as moot.

IT IS SO ORDERED.

Dated:  August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Fordjour v. Napolitano, et al.*
2:09-cv-01800-JAM-EFB
Stip. & Order                                2